# EXHIBIT D

| NYC DEPARTMENT OF FINANCE |  |
| OFFICE OF THE CITY REGISTER | |

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2013032501197001001E66D5

RECORDING AND ENDORSEMENT COVER PAGE  PAGE 1 OF 7

**Document ID:** 2013032501197001   **Document Date:** 12-13-2012   **Preparation Date:** 03-25-2013
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 5

| PRESENTER: | RETURN TO: |
|---|---|
| ANDERSON, MCCOY & ORTA | ANDERSON, MCCOY & ORTA |
| 100 N. BROADWAY AVENUE, SUITE 2600 | 100 N. BROADWAY AVENUE, SUITE 2600 |
| OKLAHOMA CITY, OK 73102-8822 | OKLAHOMA CITY, OK 73102-8822 |
| 405-236-0003 | 405-236-0003 |
| pmangum@amopc.com | pmangum@amopc.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1021 | 5 | Entire Lot | 249 WEST 49TH STREET |

Property Type: RETAIL BUILDING

### CROSS REFERENCE DATA

**CRFN:** 2008000492524
x  Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| CANTOR COMMERCIAL REAL ESTATE LENDING, L.P. | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE |
| 110 EAST 59TH STREET, 6TH FLOOR | 9062 OLD ANNAPOLIS ROAD |
| NEW YORK, NY 10022 | COLUMBIA, MD 21045 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 68.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed     04-16-2013 10:34
City Register File No.(CRFN): 2013000149539

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| | 2013032501197001001C6455 |

**Document ID:** 2013032501197001     Document Date: 12-13-2012     Preparation Date: 03-25-2013
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
**CRFN:** 2012000495143
**CRFN:** 2012000495144

THIS DOCUMENT PREPARED BY AND
UPON RECORDATION RETURN TO:
ANDERSON, McCOY & ORTA, P.C.
100 North Broadway, Suite 2600
Oklahoma City, Oklahoma 73102
Telephone: 888-236-0007
**Manhattan/New York County, New York**

This assignment is not subject to the requirements of Section 275 of the Real Property Law of the State of New York because it is an assignment within the secondary mortgage market.

## ASSIGNMENT OF MORTGAGE

KNOW THAT

**CANTOR COMMERCIAL REAL ESTATE LENDING, L.P., a Delaware limited partnership**, having an address at 110 East 59th Street, 6th Floor, New York, NY 10022 ("Assignor"),

For valuable consideration given by:

**WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2012-CCRE5 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES**, having an address at 9062 Old Annapolis Road, Columbia, MD 21045 ("Assignee"),

the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby grant, bargain, sell, convey, assign, transfer, and set over, without recourse, representation and warranty, all of Assignor's right, title and interest, of any kind whatsoever, in and to the subject

AMO Ref.: 6205.052
Loan/File Name: Lillie's Times Square
Custodian Ref.: 582012CCRE5

note(s) and loan documents, and including that of mortgagee, beneficiary, payee, assignee or secured party (as the case may be), in and to the following:

**SEE SCHEDULE "A", ATTACHED HERETO AND MADE A PART HEREOF;**

covering the property described on EXHIBIT "A" attached hereto and made a part hereof;

TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives and assigns of the Assignee forever.

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed this 13th day of December, 2012.

**(The remainder of this page has been intentionally left blank.)**

ASSIGNOR:

Cantor Commercial Real Estate Lending, L.P.,
a Delaware limited partnership

By: _____
Name: Jill Weinstein
Title: Secretary

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

    On the 13th day of December, 2012 before me, a Notary Public in and for said state, personally appeared Jill Weinstein, Secretary , of Cantor Commercial Real Estate Lending, L.P., personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

    WITNESS my hand and official seal.

Signature: _____
Notary Public

W. TURNER BOOTH
Notary Public, State of New York
No. 02BO6270194
Qualified in New York County
Certificate filed in New York County
Commission Expires October 15, 2016

## EXHIBIT "A"

[LEGAL DESCRIPTION]

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City, County and State of New York, more particularly described as follows:

BEGINNING at a point on the northerly side of 49th Street, distant one hundred feet easterly from the corner formed by the intersection of the easterly side of Eighth Avenue with the northerly side of 49th Street;

RUNNING THENCE northerly and parallel with the said easterly side of Eighth Avenue, one hundred feet five inches to the center line of the block;

THENCE easterly and parallel with the said northerly side of 49th Street, twenty-five feet;

THENCE southerly and again parallel with the said easterly side of Eighth Avenue, one hundred feet five inches to the said northerly side of 49th Street;

THENCE westerly along the said northerly side of 49th Street, twenty-five feet, to the point or place of BEGINNING.

Schedule "A"

Existing Mortgages

1. Mortgage made by 249 W. 49th Street, LLC to Habib American Bank, in the amount of $2,800,000.00 dated December 12, 2008 and recorded December 31, 2008 as CRFN #2008000492524 in the Office of the City Register of New York County, New York;

   Which above mortgage was assigned by Assignment of Mortgage from Habib American Bank to Cantor Commercial Real Estate Lending, L.P. dated as of October 24, 2012 and recorded December 18, 2012 as CRFN #2012000495142 in the Office of the City Register of New York County, New York. Unpaid principal balance: $2,617,313.73;

2. Gap Mortgage, Assignment of Leases and Rents and Security Agreement made by 249 W. 49th Street, LLC to Cantor Commercial Real Estate Lending, in the amount of $912,686.27 dated as of October 24, 2012, recorded December 18, 2012 as CRFN #2012000495143 in the Office of the City Register of New York County, New York. Mortgage tax paid: $25,555.61;

   Amended, Restated and Consolidated Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing made by 249 W. 49th Street, LLC to Cantor Commercial Real Estate Lending dated as of October 24, 2012, recorded December 18, 2012 as CRFN #2012000495144 in the Office of the City Register of New York County, New York, which amends, restates and consolidates Mortgage 1 and 2 above, to form a single lien in the amount of $3,530,000.00.

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2019052900890001001E3FF1 |

**RECORDING AND ENDORSEMENT COVER PAGE** — PAGE 1 OF 5

**Document ID:** 2019052900890001  **Document Date:** 05-15-2019  **Preparation Date:** 05-29-2019
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| FIRST EQUITY ABSTRACT<br>538 BROADHOLLOW ROAD<br>SUITE 315 / FE-117987-NY<br>MELVILLE, NY 11747<br>631-694-9595<br>RECORDINGS@1STEQUITY.COM | JONATHAN B. SCHWARTZMAN, ESQ<br>CORDOVA & SCHWARTZMAN, LLP<br>666 OLD COUNTRY ROAD, SUITE 700<br>GARDEN CITY, NY 11530 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1021 | 5 | Entire Lot | 249 WEST 49TH STREET |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA
**CRFN:** 2008000492524
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE<br>5221 N. O'CONNOR BLVD, SUITE 800<br>IRVING, TX 75039 | CHERRYWOOD MORTGAGE, LLC<br>20955 PATHFINDER ROAD, 370<br>DIAMOND BAR, CA 91765 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ 0.00 | Filing Fee: | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | $ | 0.00 |
| Exemption: | | | | |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ 0.00 | | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | | |
| TASF: | $ 0.00 | | | |
| MTA: | $ 0.00 | | | |
| NYCTA: | $ 0.00 | | | |
| Additional MRT: | $ 0.00 | | | |
| TOTAL: | $ 0.00 | | | |
| Recording Fee: | $ 55.00 | | | |
| Affidavit Fee: | $ 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed     06-04-2019 13:06
City Register File No.(CRFN): **2019000173493**

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2019052900890001001C3D71 | |
|---|---|---|
| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 5 |
| **Document ID:** 2019052900890001<br>Document Type: ASSIGNMENT, MORTGAGE | Document Date: 05-15-2019 | Preparation Date: 05-29-2019 |

**CROSS REFERENCE DATA**
**CRFN:** 2012000495143

**PARTIES**

**ASSIGNOR/OLD LENDER:**
REGISTERED HOLDERS OF COMM 2012-CCRE5
COMMERCIAL
5221 N. O'CONNOR BLVD., SUITE 800
IRVING, TX 75039

Block: 1021
Lot: 5

# ASSIGNMENT OF MORTGAGE

      KNOW ALL MEN BY THESE PRESENTS: That **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF COMM 2012-CCRE5 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES**, having an address of c/o C-III Asset Management LLC, 5221 N. O'Connor Blvd., Suite 800, Irving, Texas 75039 (the "**Assignor**") in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, received from or on behalf of **CHERRYWOOD MORTGAGE, LLC**, a Delaware limited liability company, having an address at 20955 Pathfinder Road, #370, Diamond Bar, California 91765 (the "**Assignee**") at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto the Assignee all of its right, title and interest in and to the mortgage listed on <u>Exhibit A</u> attached hereto, together with the bonds or notes or obligations described in said mortgage, and the moneys due and to grow thereon with the interest.

      This Assignment is being made without recourse, representation or warranty, express or implied.

      This Assignment shall inure to the benefit of the successors and assigns of the Assignor and the Assignee, and shall be binding upon the successors and assigns of the Assignor and the Assignee.

      Pursuant to Section 275 of the Real Property Law the Assignee named in this Assignment of Mortgage is not acting as a nominee of the Mortgagor and the Mortgage being assigned continues to secure a bona fide obligation.

      TO HAVE AND TO HOLD the same unto the Assignee, its legal representatives, successors and assigns forever.

[signature on following page]

48719592;3

IN WITNESS WHEREOF, the Assignor has duly executed this Assignment as of the 15th day of May, 2019.

ASSIGNOR:

**Wells Fargo Bank, National Association, as Trustee for the registered holders of COMM 2012-CCRE5 Commercial Mortgage Pass-Through Certificates**

By: C-III Asset Management LLC, a Delaware limited liability company (successor to Midland Loan Services, a division of PNC Bank, National Association), in its capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated December 1, 2012

By: /s/ Wilkicki
Name: ~~Scott Bukhair~~ Jennifer Wilkicki
Title: Servicing Officer

STATE OF TEXAS       )
                     ) ss:
COUNTY OF DALLAS     )

On the 15th day of May in the year 2019, before me, the undersigned, personally appeared Jennifer Wilkicki, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

/s/ Notary Public

TROY W CONCIENNE
Notary ID #129474184
My Commission Expires
June 28, 2021

**RECORD & RETURN TO:**

Jonathan B. Schwartzman, Esq
Cordova & Schwartzman, LLP
666 Old Country Road, Suite 700
Garden City, New York 11530

48719592;3

# Exhibit A

## Mortgage Schedule

1. Mortgage in the original principal amount of $2,800,000.00 and interest, given by 249 W. 49th Street, LLC, as mortgagor, to Habib American Bank dated as of December 12, 2008 and recorded December 31, 2008 as CRFN 2008000492524, as assigned by Habib American Bank to Cantor Commercial Real Estate Lending, LP by an assignment dated as of October 24, 2012 and recorded December 18, 2012 as CRFN 2012000495142.

2. Mortgage made by 249 West 49th Street, LLC to Cantor Commercial Real Estate Lending, LP in the amount of $912,686.27 and interest, dated as of October 24, 2012 and recorded December 18, 2012 as CRFN 2012000495143.

3. Amended, Restated and Consolidated Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture filing in the original principal amount of $3,530,000.00 made by 249 W. 49th Street, LLC, a New York limited liability company, to Cantor Commercial Real Estate Lending L.P., a Delaware limited partnership, dated as of October 24, 2012 and recorded December 18, 2012 as CRFN 2012000495144, as assigned to Wells Fargo Bank, National Association, as Trustee For The Registered Holders of Comm 2012-CCRE5 Commercial Mortgage Pass-Through Certificates, dated as of December 13, 2012 and recorded April 16, 2013 as CRFN 2013000149539.