# EXHIBIT J

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2020060900353001001E1AF3 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 6

**Document ID:** 2020060900353001  **Document Date:** 06-01-2020  **Preparation Date:** 06-09-2020
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 4    Non-Standard Form Size

| PRESENTER: | RETURN TO: |
|---|---|
| SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC<br>6829 NORTH 12TH STREET<br>PHOENIX, AZ 85014<br>602-944-0624<br>MGRASSL@SMSFINANCIAL.NET | SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC<br>6829 NORTH 12TH STREET<br>PHOENIX, AZ 85014<br>602-944-0624<br>MGRASSL@SMSFINANCIAL.NET |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1021 | 5 | Entire Lot | 249 WEST 49TH STREET |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA
**CRFN:** 2008000492524
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| CHERRYWOOD MORTGAGE, LLC<br>20955 PATHFINDER ROAD, #370<br>DIAMOND BAR, CA 81765 | GREENLEAF INCOME TRUST II<br>980 HAMMOND DRIVE, SUITE 200<br>ATLANTA, GA 30328 |

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 113.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    06-09-2020 13:27
City Register File No.(CRFN):
**2020000167494**

*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2020060900353001001C1873

RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)  PAGE 2 OF 6
**Document ID:** 2020060900353001   Document Date: 06-01-2020   Preparation Date: 06-09-2020
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
**CRFN:** 2012000495142
**CRFN:** 2012000495143
**CRFN:** 2012000495144
**CRFN:** 2013000149539
**CRFN:** 2019000173493
**CRFN:** 2019000173494
**CRFN:** 2019000173495

RECORD AND RETURN TO:

SMS FINANCIAL STRATEGIC INVESTMENTS III
6829 North 12th Street
Phoenix, Arizona 85014

## ASSIGNMENT OF MORTGAGE

CHERRYWOOD MORTGAGE, LLC, a Delaware limited liability company having an address at 20955 Pathfinder Road #370, Diamond Bar, California 91765 (the "**Assignor**"), in consideration of the receipt by the Assignor of the sum of Ten and 00/100 Dollars ($10.00) and other good and valuable consideration paid by GREENLEAF INCOME TRUST II, a Delaware Statutory Trust having an address at 980 Hammond Drive, Suite 200, Atlanta, GA 30328 (the "**Assignee**") hereby assigns unto the Assignee all of its rights, title and interest in and to the certain mortgage fully described in Exhibit A attached hereto and made a part hereof, covering the premises known as and by:

| | |
|---|---|
| STREET ADDRESS: | 249 West 49th Street |
| BLOCK & LOT: | Block: 1021, Lot: 5 |
| COUNTY: | New York |
| STATE: | New York |

TOGETHER with the bonds or notes or other obligations described in said mortgage, and the moneys due and to become due thereon together with interest; TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives and assigns of the Assignee forever.

THIS ASSIGNMENT is made without recourse to the undersigned and without representation or warranty of any kind or nature, either expressed or implied, whether in law or in equity. The Assignee is not acting as nominee of the mortgagor and the mortgage continues to secure a bonafide obligation. This Assignment is not subject to the requirements of Section 275 of the Real Property Law as it is an assignment within the secondary market.

IN WITNESS WHEREOF, the Assignor has duly executed this assignment as of the 1ST day of June, 2020.

**ASSIGNOR:**

Cherrywood Mortgage, LLC
By Angel Oak Home Loans LLC,
its Attorney in Fact

By: _____
Name: Sydney Christopher
Title: As Authorized Signatory

ACKNOWLEDGMENT

STATE OF GEORGIA  §
COUNTY OF FULTON §

This instrument was acknowledged before me, a Notary Public in and for the State of Georgia and County of Fulton, by Sydney Christopher, authorized signatory, GREENLEAF INCOME TRUST II, on the 1st day of June, 2020.

_____
Notary Public in and for the State of Georgia
My Commission Expires: 12/18/21



# EXHIBIT A

# MORTGAGE

1. Mortgage in the original principal amount of $2,800,000.00 made by 249 W. 49th Street, LLC to Habib American Bank dated December 12, 2008 and recorded in the Office of the City Register of the City of New York, New York County (the "Register's Office") on December 31, 2008 as CRFN 2008000492524.

   Which mortgage was assigned by Habib American Bank to Cantor Commercial Real Estate Lending, L.P. by an assignment of mortgage dated October 24, 2012 and recorded in the Register's Office on December 18, 2012 as CRFN 2012000495142.

2. Gap Mortgage, Assignment of Leases and Rents and Security Agreement in the original principal amount of $912,686.27 made by 249 W. 49th Street, LLC to Cantor Commercial Real Estate Lending, L.P. dated October 24, 2012 and recorded in the Register's Office on December 18, 2012 as CRFN 2012000495143.

3. Mortgages 1 and 2 were consolidated to form a single lien in the amount of $3,530,000.00 pursuant to an Amended, Restated and Consolidated, Mortgage, Assignment of Leases and Rents and Security Agreement and Fixture Filing made between 249 W. 49th Street, LLC and Cantor Commercial Real Estate Lending, L.P. dated October 24, 2012 and recorded in the Register's Office on December 18, 2012 as CRFN 2012000495144.

   Which mortgage was assigned by Cantor Commercial Real Estate Lending, L.P. to Wells Fargo Bank, National Association, as Trustee for the Registered Holders of Comm 2012-CCRE5 Commercial Mortgage Pass-Through Certificates pursuant to an assignment of mortgage dated December 13, 2012 and recorded in the Register's Office on April 16, 2013 as CRFN 2013000149539.

   Which mortgage was further assigned by Wells Fargo Bank, National Association, as Trustee for the Registered Holders of Comm 2012-CCRE5 Commercial Mortgage Pass-Through Certificates to Cherrywood Mortgage, LLC pursuant to an assignment of mortgage dated May 15, 2019 and recorded in the Register's Office on June 4, 2019 as CRFN 2019000173493. There was due and owing at that time an unpaid principal balance of $3,199,596.25.

4. Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing in the original principal amount of $750,403.75 made by 249 W. 49th Street, LLC to Cherrywood Mortgage, LLC dated May 17, 2019 and recorded in the Register's Office on June 4, 2019 as CRFN 2019000173494.

5. Mortgages 3 and 4 were consolidated to form a single lien in the amount of

$3,950,000.00 pursuant to a Consolidation, Extension and Modification Agreement made between 249 W. 49th Street, LLC and Cherrywood Mortgage, LLC dated May 17, 2019 and recorded in the Register's Office on June 4, 2019 as CRFN 2019000173495.

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2020060900522001001EF9F4 |

## RECORDING AND ENDORSEMENT COVER PAGE PAGE 1 OF 6

**Document ID:** 2020060900522001  **Document Date:** 06-01-2020  **Preparation Date:** 06-09-2020
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 4   Non-Standard Form Size

| PRESENTER: | RETURN TO: |
|---|---|
| SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC<br>6829 NORTH 12TH STREET<br>PHOENIX, AZ 85014<br>602-944-0624<br>MGRASSL@SMSFINANCIAL.NET | SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC<br>6829 NORTH 12TH STREET<br>PHOENIX, AZ 85014<br>602-944-0624<br>MGRASSL@SMSFINANCIAL.NET |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1021 | 5 | Entire Lot | 249 WEST 49TH STREET |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA
**CRFN:** 2012000495142
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| GREENLEAF INCOME TRUST II<br>980 HAMMOND DRIVE, SUITE 200<br>ATLANTA, GA 30328 | SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC<br>6829 NORTH 12TH STREET<br>PHOENIX, AZ 85014 |

### FEES AND TAXES

| Mortgage : | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ 0.00 | Filing Fee: | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ 0.00 | | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | | |
| TASF: | $ 0.00 | | | |
| MTA: | $ 0.00 | | | |
| NYCTA: | $ 0.00 | | | |
| Additional MRT: | $ 0.00 | | | |
| TOTAL: | $ 0.00 | | | |
| Recording Fee: | $ 116.00 | | | |
| Affidavit Fee: | $ 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed     06-09-2020 14:37
City Register File No.(CRFN):
**2020000167615**

*City Register Official Signature*

NYC DEPARTMENT OF FINANCE
OFFICE OF THE CITY REGISTER


2020060900522001001CFB74

RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)  PAGE 2 OF 6
**Document ID:** 2020060900522001  Document Date: 06-01-2020  Preparation Date: 06-09-2020
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
**CRFN:** 2012000495143
**CRFN:** 2012000495144
**CRFN:** 2013000149539
**CRFN:** 2019000173493
**CRFN:** 2019000173494
**CRFN:** 2019000173495
**CRFN:** 2020000167494

RECORD AND RETURN TO:

SMS FINANCIAL STRATEGIC INVESTMENTS III
6829 North 12th Street
Phoenix, Arizona 85014

## ASSIGNMENT OF MORTGAGE

GREENLEAF INCOME TRUST II, a Delaware Statutory Trust having an address at 980 Hammond Drive, Suite 200, Atlanta, GA 30328 (the "**Assignor**"), in consideration of the receipt by the Assignor of the sum of Ten and 00/100 Dollars ($10.00) and other good and valuable consideration paid by SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC, located at 6829 North 12th Street, Phoenix, Arizona 85014 (the "**Assignee**") hereby assigns unto the Assignee all of its rights, title and interest in and to the certain mortgage fully described in Exhibit A attached hereto and made a part hereof, covering the premises known as and by:

| | |
|---|---|
| STREET ADDRESS: | 249 West 49th Street |
| BLOCK & LOT: | Block: 1021, Lot: 5 |
| COUNTY: | New York |
| STATE: | New York |

TOGETHER with the bonds or notes or other obligations described in said mortgage, and the moneys due and to become due thereon together with interest; TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives and assigns of the Assignee forever.

THIS ASSIGNMENT is made without recourse to the undersigned and without representation or warranty of any kind or nature, either expressed or implied, whether in law or in equity. The Assignee is not acting as nominee of the mortgagor and the mortgage continues to secure a bonafide obligation. This Assignment is not subject to the requirements of Section 275 of the Real Property Law as it is an assignment within the secondary market.

IN WITNESS WHEREOF, the Assignor has duly executed this assignment as of the 1ST day of June, 2020.

**ASSIGNOR:**

GREENLEAF INCOME TRUST II

BY: Angel Oak Home Loans, LLC
    Its Attorney in Fact

By: _____
Sydney Christopher
Its: Authorized Signatory

## ACKNOWLEDGMENT

STATE OF GEORGIA    §
                            §
COUNTY OF FULTON  §

This instrument was acknowledged before me, a Notary Public in and for the State of Georgia and County of Fulton, by Sydney Christopher, authorized signatory, GREENLEAF INCOME TRUST II, on the 15th day of June, 2020.

_____
Notary Public in and for the State of Georgia
My Commission Expires: 12/18/21



# EXHIBIT A

## MORTGAGE

1. Mortgage in the original principal amount of $2,800,000.00 made by 249 W. 49th Street, LLC to Habib American Bank dated December 12, 2008 and recorded in the Office of the City Register of the City of New York, New York County (the "Register's Office") on December 31, 2008 as CRFN 2008000492524.

   Which mortgage was assigned by Habib American Bank to Cantor Commercial Real Estate Lending, L.P. by an assignment of mortgage dated October 24, 2012 and recorded in the Register's Office on December 18, 2012 as CRFN 2012000495142.

2. Gap Mortgage, Assignment of Leases and Rents and Security Agreement in the original principal amount of $912,686.27 made by 249 W. 49th Street, LLC to Cantor Commercial Real Estate Lending, L.P. dated October 24, 2012 and recorded in the Register's Office on December 18, 2012 as CRFN 2012000495143.

3. Mortgages 1 and 2 were consolidated to form a single lien in the amount of $3,530,000.00 pursuant to an Amended, Restated and Consolidated, Mortgage, Assignment of Leases and Rents and Security Agreement and Fixture Filing made between 249 W. 49th Street, LLC and Cantor Commercial Real Estate Lending, L.P. dated October 24, 2012 and recorded in the Register's Office on December 18, 2012 as CRFN 2012000495144.

   Which mortgage was assigned by Cantor Commercial Real Estate Lending, L.P. to Wells Fargo Bank, National Association, as Trustee for the Registered Holders of Comm 2012-CCRE5 Commercial Mortgage Pass-Through Certificates pursuant to an assignment of mortgage dated December 13, 2012 and recorded in the Register's Office on April 16, 2013 as CRFN 2013000149539.

   Which mortgage was further assigned by Wells Fargo Bank, National Association, as Trustee for the Registered Holders of Comm 2012-CCRE5 Commercial Mortgage Pass-Through Certificates to Cherrywood Mortgage, LLC pursuant to an assignment of mortgage dated May 15, 2019 and recorded in the Register's Office on June 4, 2019 as CRFN 2019000173493. There was due and owing at that time an unpaid principal balance of $3,199,596.25.

4. Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing in the original principal amount of $750,403.75 made by 249 W. 49th Street, LLC to Cherrywood Mortgage, LLC dated May 17, 2019 and recorded in the Register's Office on June 4, 2019 as CRFN 2019000173494.

5. Mortgages 3 and 4 were consolidated to form a single lien in the amount of

$3,950,000.00 pursuant to a Consolidation, Extension and Modification Agreement made between 249 W. 49th Street, LLC and Cherrywood Mortgage, LLC dated May 17, 2019 and recorded in the Register's Office on June 4, 2019 as CFRN 2019000173495.

Mortgage was assigned by Cherrywood Mortgage, LLC to Greenleaf Income Trust II, by an assignment of mortgage dated June 1, 2020 and recorded in the Register's Office on June 9, 2020 as CFRN 2020000167494.