**CORDOVA & SCHWARTZMAN, LLP**
666 Old Country Road
Suite 700
Garden City, New York 11530
(516)741-0070

Info@cordovaschwartzman.com

April 21, 2022

**VIA ELECTRONIC MAIL**
**And ECF**
Honorable Paul A. Engelmayer,
United States District Judge
500 Pearl Street
New York, N.Y. 10007

Re:   *SMS Financial Strategic Investments III, LLC v. 249 West 49th Street, LLC et al.*
      Case No: 21cv10884

Your Honor:

Please be advised we represent the defendant 249 West 49th Street, LLC in the above - referenced matter. I write on behalf of all parties to request a 60-day adjournment of the initial conference scheduled for tomorrow, April 22, 2022.

This action is a commercial foreclosure action. Recently a written agreement to sell the property in issue was fully executed although no closing date has been scheduled. In an effort to avoid further attorney's fees, the parties respectfully request that the Court adjourn the conference for 60 days.

Thank you for your courtesies.

Very truly yours,

*Jonathan Schwartzman*

Jonathan B. Schwartzman
Cordova & Schwartzman, LLP
*Attorneys for Defendant 249 West 49th Street, LLC*

Granted. The initial pretrial conference is adjourned to June 28, 2022 at 3:00 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
April 21, 2022