UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC,

                         Plaintiff,

-v-

249 WEST 49TH STREET, LLC et al.,

                         Defendants.

21 Civ. 10884 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court respectfully reschedules the conference scheduled for October 31, 2022 at 2 p.m., to October 31, 2022 at 4:30 p.m. The conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. The parties are to enter their appearances at least 24 hours in advance of the conference.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 21, 2022
       New York, New York