UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC,

                        Plaintiff,

            -v-

249 WEST 49TH STREET, LLC et al.,

                        Defendants.

21 Civ. 10884 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 21, 2022, the Court rescheduled the initial pretrial conference in this case for October 31, 2022 at 4:30 p.m. Dkt. 29. Per the first notice of the initial pretrial conference, counsel for all parties are directed to, in advance of the conference, prepare and file a Civil Case Management Plan and Scheduling Order in accordance with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and a joint letter with a brief description of the case and its history, any contemplated motions, and the prospect for settlement. *See* Dkt. 21 (containing full instructions for counsel).

The Court has not yet received the proposed case management or joint letter. The parties are directed to file these materials no later than October 28, 2022. The parties are also directed to enter their appearances at least 24 hours in advance of the conference.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: October 27, 2022
       New York, New York