UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC,<br><br>                              Plaintiff,<br>             -v-<br><br>249 WEST 49TH STREET, LLC et al.,<br><br>                              Defendants. | 21 Civ. 10884 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' consent to conduct all proceedings in this case before a Magistrate Judge. Dkt. 34. Accordingly, the Court adjourns the initial pretrial conference scheduled for October 31, 2022 at 4:30 p.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 31, 2022
       New York, New York