UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC,

                          Plaintiff,

           -v-

249 WEST 49TH STREET, LLC et al.,

                         Defendants.

21 Civ. 10884 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 31, 2022, the Court received the parties' consent to conduct all proceedings in this case before a Magistrate Judge. Dkt. 34. The docket indicates that the proposed form consenting to jurisdiction by a Magistrate Judge was filed and found deficient because the form did not include the signatures of all active parties and attorneys. On November 15, 2022, the Court directed counsel, by email, to file a proper proposed consent form by November 22, 2022. To date, the parties have not done so. Accordingly, the Court directs the parties to file, no later than January 5, 2023, a proper consent form or a letter requesting an extension to file the form and the basis for such an extension.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            Paul A. Engelmayer
                                                            United States District Judge

Dated: December 22, 2022
        New York, New York