UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC,<br><br>                                        Plaintiff,<br><br>                    -v-<br><br>249 WEST 49TH STREET, LLC et al.,<br><br>                                        Defendants. | 21 Civ. 10884 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 31, 2022, the Court received the parties' consent to conduct all proceedings in this case before a Magistrate Judge. Dkt. 34. The docket indicated that the proposed form consenting to jurisdiction by a Magistrate Judge was filed and found deficient because the form did not include the signatures of all active parties and attorneys. On December 22, 2022, the Court directed the parties to file a proper consent form or a letter requesting an extension to file the form and the basis for such an extension. Dkt. 36. On January 4, 2023, the parties filed a consent form that did not include the signatures of defendants Vahan Cakir and Cakir Construction and their counsel. Dkt. 37. The Court accordingly directs the parties to file, no later than January 13, 2023, a form that includes the signatures of all active parties and attorneys or a letter explaining why such a form cannot be filed.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: January 6, 2023
       New York, New York