UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SMS FINANCIAL STRATEGIC INVESTMENTS
III, LLC,

                **Plaintiff,**

      **-against-**

249 WEST 49TH STREET, LLC, et al.,

                **Defendants.**

-----------------------------------------------------------------X

**21-CV-10884 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The parties are directed to file a letter updating the Court on the status of their ongoing settlement discussions no later than January 23, 2023. Specifically, the parties should address whether this case will proceed to discovery or is likely to resolve without further litigation.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 17, 2023
                New York, New York