```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SMS FINANCIAL STRATEGIC INVESTMENTS III, LLC,

                Plaintiff,

-against-

249 WEST 49TH STREET, LLC, et al.,

                Defendants.
-----------------------------------------------------------------X

21-CV-10884 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    This case has been *de facto* stayed because of requests to adjourn an initial case management conference and the parties' delay in filing correct consent forms. By separate order, the Court is scheduling an initial case management conference to avoid further delay.

    In light of the parties' request for a settlement conference, they are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The parties are reminded that they have consented to the jurisdiction of a Magistrate Judge. Accordingly, if they would prefer a referral to the Court's Mediation Program or another Magistrate Judge, they should indicate that by email to Ms. Slusher. Those options may result in a more expedited schedule.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:     January 27, 2023
                 New York, New York